UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER WILLIAMS,

                    Petitioner,

-against-

CITY OF NEW YORK,

                    Respondent.

24-CV-8075 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 13, 2025, the Court notified Petitioner that this application would be construed as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 and offered him an opportunity either to withdraw the petition, if he did not want it to be recharacterized, or to submit an amended Section 2254 petition demonstrating exhaustion of state court remedies.

On February 6, 2025, Petitioner moved to withdraw this application rather than have it recharacterized as a Section 2254 petition. (ECF 8.) Accordingly, this application is dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate this case on the docket.

SO ORDERED.

Dated:    February 10, 2025
             New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge